# UNITED STATES DISTRICT COURT
for
# NEW MEXICO

U.S.A. vs **Bree Lynn Coonsis**                                   Docket No. 1:17MJ01105-001SCY

Petition for Action on Conditions of Pretrial Release

COMES NOW **Christopher A. Aguilar** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Bree Lynn Coonsis,** who was placed under pretrial release supervision by the Honorable Steven C. Yarbrough, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on May 12, 2017, with conditions which included the following:

1. (6)     The defendant is placed in the custody of La Pasada Halfway House.

2. (7)(j)  The defendant must maintain residence at a halfway house or community corrections center.

3. (7)(m)  The defendant must not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

4. (7)(s)  Zero Tolerance.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

On August 2, 2017, the defendant admitted to consuming methamphetamine.  Due to this violation, La Pasada Halfway House no longer wishes to serve as the defendant's third party custodian.  Additionally, the defendant is a zero tolerance case.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **08/02/2017**

**Christopher A. Aguilar**
**Senior United States Probation Officer**
**Albuquerque, New Mexico**