IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.                                                  CRIM. NO.

                                                       MAG. NO. 17MJ1105

**BREE LYNN COONSIS,**

       Defendant.

## O R D E R

**THIS MATTER** is before the Court for hearing, the Court having found that the Defendant violated her conditions of release, and the Court being fully advised in the premises;

**IT IS THEREFORE ORDERED** that the conditions of release previously imposed are hereby **REVOKED**; and that the Defendant Bree Lynn Coonsis, be remanded to the custody of the U.S. Marshal pending final disposition in this matter.

                                               _____/S/_____
                                               WILLIAM P. LYNCH
                                               UNITED STATES MAGISTRATE JUDGE