FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

AUG 0 9 2017

MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CRIMINAL No. 17-2120 MV |
| vs. | ) | 18 U.S.C. §§ 1153 and 1112: Voluntary Manslaughter. |
| **BREE LYNN COONSIS,** | ) | |
| Defendant. | ) | |

# INFORMATION

The United States Attorney charges:

On or about April 29, 2017, in Indian Country, in McKinley County, in the District of New Mexico, the defendant, **BREE LYNN COONSIS**, an Indian, upon a sudden quarrel and in the heat of passion, intended to cause Jane Doe serious bodily injury, and knowingly and unlawfully killed Jane Doe.

In violation of 18 U.S.C. §§ 1153 and 1112.

JAMES D. TIERNEY
Acting United States Attorney

_____
SARAH J. MEASE
Assistant United States Attorney
P.O. Box 607
Albuquerque, NM   87102
(505) 346-7274