UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 17-2120-MV | USA vs. | Coonsis |
| Date: | July 18, 2018 | Name of Deft: | Bree Lynn Coonsis |
| Before the Honorable | | Martha Vázquez | |

| | | | |
|---|---|---|---|
| Time In/Out: | 9:30 a.m. / 9:32 a.m. | Total Time in Court (for JS10): | 2 minutes |
| Clerk: | Linda Romero | Court Reporter: | Carmela McAlister |
| AUSA: | Sarah Jane Mease | Defendant's Counsel: | Alonzo Padilla |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | |
| Probation Officer: | Jeffrey Tanny | Sworn? Yes / No | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Convicted on: | ☐ Plea | ☐ Verdict | As to: | ☐ Information | ☐ Indictment | |
| If Plea: | ☐ Accepted | ☐ Not Accepted | Adjudged/Found Guilty on Counts: | | | |
| If Plea Agreement: | ☐ Accepted | ☐ Not Accepted | ☐ No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | | | PSR: | ☐ Not Disputed | ☐ Disputed | |
| PSR: | ☐ Court Adopts PSR Findings | | Evidentiary Hearing: | ☐ Not Needed | ☐ Needed | |
| Exceptions to PSR: | | | | | | |

## SENTENCE IMPOSED

Imprisonment (BOP):

| | | | |
|---|---|---|---|
| Supervised Release: | | Probation: | ☐ 500-Hour Drug Program |
| ☐ Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ☐ ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | |
|---|---|
| ☐ No re-entry without legal authorization | ☐ Home confinement for _____ months _____ days |
| ☐ Comply with ICE laws and regulations | ☐ Community service for _____ months _____ days |
| ☐ Substance abuse treatment program | ☐ Reside residential reentry center _____ months _____ days |
| ☐ Mental health treatment program | ☐ Register as sex offender |
| ☐ No alcohol/intoxicants | ☐ Participate in sex offender treatment program |
| ☐ Submit to search of person/property | ☐ Possess no sexual material |
| ☐ No contact with victim(s) and/or co-Deft(s) | ☐ No computer with access to online services |
| ☐ No entering, or loitering near, victim's residence | ☐ No contact with children under 18 years |
| ☐ Provide financial information | ☐ No volunteering where children supervised |
| ☐ Grant limited waiver of confidentiality | ☐ Restricted from occupation with access to children |
| | ☐ No loitering within 100 feet of school yards |

OTHER:

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | |
| SPA: $ | ($100 as to each Count) | Payment Schedule: ☐ Due Imm. | ☐ Waived |

OTHER:

☐ Advised of Right to Appeal ☐ Waived Appeal Rights per Plea Agreement
☐ Held in Custody ☐ Voluntary Surrender
☐ Recommended place(s) of incarceration:
☐ Dismissed Counts:

OTHER COMMENTS: Court advises that she is rejecting the plea agreement because she does not think the proposed sentence is appropriate considering the severity of the facts of the case.