UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
# SENTENCING MINUTE SHEET

| | | | | | |
|---|---|---|---|---|---|
| CR No. | CR 17-2120 | | USA vs. | Coonsis | |
| Date: | August 9, 2019 | | Name of Deft: | Bree Lynn Coonsis | |
| Before the Honorable | | Martha Vázquez | | | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 9:37 a.m./ 12:05 p.m. | Total Time in Court (for JS10): | 2 hours, 28 minutes | |
| Clerk: | Pat Zold | Court Reporter: | Carmela McAlister | |
| AUSA: | Sarah Mease | Defendant's Counsel: | Alonzo Padilla | |
| Sentencing in: | Santa Fe, New Mexico | Interpreter: | | |
| Probation Officer: | Jeff Tanny | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | **X** Information | Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | | |
| If Plea Agreement: | **X** Accepted / Not Accepted / No Plea Agreement | Comments: | | |
| Date of Plea/Verdict: | 8/9/17 | PSR: | **X** Not Disputed | Disputed |
| PSR: | **X** Court Adopts PSR Findings | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

## SENTENCE IMPOSED
Imprisonment (BOP): 96 months

| | | | | |
|---|---|---|---|---|
| Supervised Release: | 3 years | Probation: | | 500-Hour Drug Program |
| | Court recommends ICE begin removal proceedings immediately or during service of sentence | | | ICE not applicable |

### SPECIAL CONDITIONS OF SUPERVISION

| | | | | |
|---|---|---|---|---|
| | No re-entry without legal authorization | | Home confinement for ___ months ___ days | |
| **X** | Substance abuse testing | | Community service for ___ months ___ days | |
| **X** | Substance abuse treatment program | **X** | Reside residential reentry center __6__ months _____ days | |
| **X** | Mental health treatment program | | Register as sex offender | |
| **X** | No alcohol/intoxicants | | Participate in sex offender treatment program | |
| **X** | Submit to search of person/property | | Possess no sexual material | |
| | No contact with victim(s) and/or co-Deft(s) | | No computer with access to online services | |
| | No entering, or loitering near, victim's residence | | No contact with children under 18 years | |
| | Provide financial information | | No volunteering where children supervised | |
| | Grant limited waiver of confidentiality | | Restricted from occupation with access to children | |
| **X** | 80 hours community service first year of release – verified. | | No loitering within 100 feet of school yards | |
| **X** | OTHER: Participate in inpatient and outpatient substance abuse treatment; no guns/bullets; if prescribed, must take medication(s). | | | |

| | | | |
|---|---|---|---|
| Fine: $ | | Restitution: $ | **To victim's mother $913.98 ($50 monthly or 10% of income, whichever is greater, no interest or penalty)** |
| SPA: $ | 100 ($100 as to each Count) | Payment Schedule: | Due Imm. / Waived |
| OTHER: | | | |

| | | | |
|---|---|---|---|
| **X** | Advised of Right to Appeal | | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | | FCI Dublin |
| | Dismissed Counts: | | |
| | OTHER COMMENTS | | |